IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AARON DOUGLAS BREHM,

        Appellant,

 v.

                     Case Nos. 5D23-309
                               5D23-311
          LT Case Nos. 16-2022-CF-000305-AXXX
                          16-2022-CF-007477-AXXX

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed May 23, 2023

Appeal from the Circuit Court
for Duval County,
London M. Kite, Judge.

Matthew J. Metz, Public Defender, and
Susan A. Fagan, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and
Anne C. Conley, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EISNAUGLE and KILBANE, JJ., concur.